

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Hunt, Kylen & Rebecca )
) Case No. 98-38292
)
)
)
)
Debtor(s). )

**FILED APR 19 2007 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA**

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of **JM Partners LLC**, seeking payment of funds previously unclaimed by **NCO Financial** (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that **NCO Financial** is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 196.34 from the Registry of Unclaimed Funds to:

NCO Financial
c/o JM Partners LLC
PO Box 29940
Richmond, VA  23242-0940

DATED: 19 April 2007

UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)

42